Case Name: Elardi  v.  I.S. Makinen Oy
Defendant:  I.S. Makinen Oy
Court Case No.:  1:19-cv-22229-KMW

### CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
- the (date) 8 August 2019
- *le (date)*
- at (place, street, number)  Turku, Finland
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b)  in accordance with the following particular method*:
      *b)  selon la forme particulière suivante:* _____

   [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
      *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person) I.S. Mäkinen Oy / Mr, Kim Sameli Lähdesmäki, CEO
   - *(identité et qualité de la personne)*

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Complaint and Jury Demand, Translations

Annexes
*Annexes*
Documents returned: Original documents
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at Helsinki , the 12 August 2019
*Fait à* *le*

Signature and/or stamp.
*Signature et/ou cachet.*

*  Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

281448 - 1

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

Oikeusministeriö

15. 07. 2019

VN / 5079/ 2019

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**MINISTRY OF JUSTICE**<br>**Eteläesplanadi 10**<br>**FIN-00130 Helsinki**<br>**Finland** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* _____ I.S. Makinen Oy _____

_____ Tammitie 14, 21410 Vanhalinna, Finland _____

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served _____<br>Summons in a Civil Action _____<br>Complaint and Jury Demand _____<br>Translations _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ | Done at _____                                         , the<br>*Fait à* _____ Minneapolis, Minnesota, U.S.A.    *le* 11 July 2019<br><br>Signature and/or stamp.<br>*Signature et/ou cachet*<br><br>**Civil Action Group**<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122<br><br><br>(Formerly OBD-116 which was formerly LAA-116,          USM-94<br>both of which may still be used)                              (Est. 11/22/77) |

* Delete if inappropriate.
. *Rayer les mentions inutiles*

281448 - 1